UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LUMUMBA BANDELE, et al.,

                                **Plaintiffs,**          **STIPULATION**

-against-

THE CITY OF NEW YORK, et al.,          07 CV 3339 (MGC)

                                **Defendants.**
------------------------------------------------------------------- x

    IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendant City of New York to answer or otherwise respond to the complaint is enlarged to September 12, 2007.

Dated: New York, New York
         July 11, 2007


LAW OFFICE OF ROBERT J. BOYLE         MICHAEL A. CARDOZO
Attorney for Plaintiffs                              Corporation Counsel
350 Broadway, Suite 308                       of the City of New York
New York, NY 10013                             Attorney for Defendant The City of New York
(212) 431-0229                                    100 Church Street
                                                 New York, NY 10007
                                                 (212) 788-0892

By: _[signature] Robert J. Boyle /sd_
    Robert J. Boyle (RB 3568)

                                                 By: _[signature]_
                                                     Linda Donahue (LD 2959)
                                                     Assistant Corporation Counsel


SO ORDERED:

_____
U.S.D.J.  7-12-07

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 7-13-07]