**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X

**LUMUMBA BANDELE, et al.,**

       Plaintiffs,

    -against-                       07-CIV-3339
                                                    (MGC)

**THE CITY OF NEW YORK, et al.**

       Defendants.

---------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that as of July 1, 2007, the address for the undersigned changed to that set forth below. My telephone number, fax and e-mail remain the same.

Dated: New York, New York
      July 16, 2007                    Yours, etc.

                                              ROBERT J. BOYLE
                                              299 Broadway
                                              Suite 806
                                              New York, N.Y. 10007
                                              (212) 431-0229
                                              (212) 431-0101 (fax)
                                              Attorney for Plaintiffs
                                              RB-3568