UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LUMUMBA BANDELE, et al.,

                                      Plaintiffs,

                                                                       **STIPULATION**

      -against-

THE CITY OF NEW YORK, et al.,                             07 CV 3339

                                     Defendants.
------------------------------------------------------------ x

       IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendant City of New York to answer or otherwise respond to the complaint is enlarged to October 29, 2007.

Dated: New York, New York
            September 6, 2007


KAMAU KARL FRANKLIN                       MICHAEL A. CARDOZO
Center for Constitutional Rights                Corporation Counsel
666 Broadway, 7th Floor                         of the City of New York
New York, NY 10012                             Attorney for Defendant The City of New York
(212) 614-6445                                    100 Church Street
                                                      New York, NY 10007
                                                      (212) 788-0892

By: _/s/_ Kamau Karl Franklin (KF6837)         By: _/s/_ Linda Donahue (LD 2959)
                                                                 Assistant Corporation Counsel


SO ORDERED:

_/s/_
U.S.D.J.
9-11-07

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07
```