UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LUMUMBA BANDELE, et al.,

                            Plaintiffs,

                            **STIPULATION**

    -against-

THE CITY OF NEW YORK, et al.,                      07 CV 3339

                            Defendants.
------------------------------------------------------------- x

        IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendant City of New York to answer or otherwise respond to the complaint is enlarged to November 30, 2007.

Dated: New York, New York
       October 25, 2007

KAMAU KARL FRANKLIN
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6445

By: _____
    Kamau Karl Franklin (KF 6637)

MICHAEL A. CARDOZO
Corporation Counsel
 of the City of New York
Attorney for Defendant The City of New York
100 Church Street
New York, NY 10007
(212) 788-0892

By: _____
    Linda Donahue (LD 2959)
    Assistant Corporation Counsel

S/

SO ORDERED:

_____
U.S.D.J.

October 29, 2007