UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
-----------------------------------------------------------------X
LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD
                       Plaintiff,                       CASE: 07CV3339
          - against -

CITY OF N.Y, Police Officer Thomas Stevens(shield #11092)
, in his individual and official capacity as an employee of the     Judge:CEDARBAM
City of New York Police Department, Police Officers John Does
#1 and 2, in their individual and official capacities as employees
of the City of New York Police Department
                       Defendant.
-----------------------------------------------------------------X
STATE OF NEW YORK  )
COUNTY OF KINGS     )

         *TALIK RHETT*, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

         That on the 22ND day of June, 2007, at approximately 4:40 p.m., deponent served a true copy of the Summons and Complaint, upon City of New York c/o Office of the Corporation Counsel New York City Law Department at 100 Church Street, New York, NY, 10007 by delivering and leaving the same with Madelyn Santana, docketing clerk, authorized to accept, at the actual place of business.

         Madelyn Santana is a brown skinned female, approximately 40 years of age, stands approximately 5 foot 9 inches tall, weighs approximately 150 pounds, with black hair.

         At the time I served the Defendant, I asked her if she was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

*[signature]*
TALIK RHETT #1060883

Sworn before me this
28th day of June, 2007

*[signature]*

CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
-----------------------------------------------------------X
LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

                    Plaintiff,                    CASE: 07CV3339

      - against -

CITY OF N.Y, Police Officer Thomas Stevens(shield #11092)
, in his individual and official capacity as an employee of the     Judge:CEDARBAM
City of New York Police Department, Police Officers John Does
#1 and 2, in their individual and official capacities as employees
of the City of New York Police Department
                      Defendant.
-----------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF KINGS    )

        **TALIK RHETT**, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

        That on the 28th day of June, 2007, at approximately 12:30 p.m., deponent served a true copy of the Summons and Complaint, upon Thomas Stevens at 140 58th Street, , New York, NY, 11220 by delivering and leaving the same with Sgt. Horvath(shield #4233), authorized to accept, at the actual place of business.

        Sgt. Horvath(shield #4233), is a white skin male, approximately 40-50 years of age, stands approximately 6 foot 1 inches tall, weighs approximately 200 pounds, with brown hair and mustache.

        At the time I served the Defendant, I asked her if she was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

*Talik Rhett*
TALIK RHETT #1060883

Sworn before me this
\_/th day of June, 2007

*Claire Wood*
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
------------------------------------------------------------X
LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

                    Plaintiff,                    CASE: 07CV3339

    - against -

CITY OF N.Y, Police Officer Thomas Stevens(shield #11092)
, in his individual and official capacity as an employee of the      Judge:CEDARBAM
City of New York Police Department, Police Officers John Does
#1 and 2, in their individual and official capacities as employees
of the City of New York Police Department
                    Defendant.
------------------------------------------------------------X
STATE OF NEW YORK  )
COUNTY OF KINGS    )

      *TALIK RHETT*, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

      That on the 22ND day of June, 2007, at approximately 6:30 p.m., deponent served a true copy of the Summons and Complaint, upon John Doe #1 at 79th Pct. at 263 Tompkins Avenue, Brooklyn, NY 11221, by delivering and leaving the same with Sgt. Kaszovitz (shield #4332), authorized to accept, at the actual place of business.

      Sgt. Kaszovitz(shield #4332) is a white skin male, approximately 35-45 years of age, stands approximately 5 foot 5 inches tall, weighs approximately 160 pounds, with short black hair.

      At the time I served the Defendant, I asked her if she was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

*[signature]*
TALIK RHETT #1060883

Sworn before me this
28th day of June, 2007

*[signature]*
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
----------------------------------------------------------X
LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

                      Plaintiff,              CASE: 07CV3339

- against -

CITY OF N.Y, Police Officer Thomas Stevens(shield #11092)
, in his individual and official capacity as an employee of the    Judge:CEDARBAM
City of New York Police Department, Police Officers John Does
#1 and 2, in their individual and official capacities as employees
of the City of New York Police Department
                      Defendant.
----------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF KINGS    )

      *TALIK RHETT*, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

      That on the 22ND day of June, 2007, at approximately 6:30 p.m., deponent served a true copy of the Summons and Complaint, upon John Doe #2 at 79th Pct. at 263 Tompkins Avenue, Brooklyn, NY 11221, by delivering and leaving the same with Sgt. Kaszovitz (shield #4332), authorized to accept, at the actual place of business.

      Sgt. Kaszovitz(shield #4332) is a white skin male, approximately 35-45 years of age, stands approximately 5 foot 5 inches tall, weighs approximately 160 pounds, with short black hair.

      At the time I served the Defendant, I asked her if she was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

*[signature]*
TALIK RHETT #1060883

Sworn before me this
_th day of June, 2007

*[signature]*
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/__