UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| LUMUMBA BANDELE, DJIBRIL TOURE and DAVID FLOYD,<br><br>            Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER THOMAS STEVENS (SHIELD #11092), in his individual and official capacity as an employee of the City of New York Police Department; POLICE OFFICERS JOHN DOES ##1 and 2, in their individual and official capacities as employees of the City of New York Police Department,<br><br>            Defendants. | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS**<br><br>07 CV 3339 (MGC) |

------------------------------------------------------------- x

**TO THE CLERK OF THE COURT:**

  **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Linda Donahue, appears as counsel on behalf of defendants City of New York and Police Officer Thomas Stevens, and requests to receive notice of all docket events via the Electronic Case Filing system.

  Please take notice that defendants substitute as counsel and as attorney of record Linda Donahue in the place and stead of Rachel Seligman. Please remove Rachel Seligman from all further Electronic Case Filing notifications in this matter. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Linda Donahue, at the address listed below.

  I certify that I am admitted to practice before this Court.

Dated:  New York, New York
        December 28, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                            the City of New York
                                            Attorney for Defendants
                                            100 Church St.
                                            New York, New York  10007
                                            Tel: (212) 788-0892
                                            Fax: (212) 788-9776
                                            ldonahue@law.nyc.gov

                                By:      _____
                                            Linda Donahue
                                            Assistant Corporation Counsel
                                            Special Federal Litigation Division

07 Civ. 3339 (MGC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

LUMUMBA BANDELE, DJIBRIL TOURE and DAVID FLOYD,

Plaintiffs,

-against-

THE CITY OF NEW YORK, POLICE OFFICER THOMAS STEVENS (SHIELD #11092), in his individual and official capacity as an employee of the City of New York Police Department; POLICE OFFICERS JOHN DOES ##1 and 2, in their individual and official capacities as employees of the City of New York Police Department,

Defendants.

-------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 3-150
New York, N.Y. 10007

*Of Counsel:* Linda Donahue

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................, 200......*

*............................................................... Esq.*

*Attorney for ...........................................................*