```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUMUMBA BANDELE, et al,

                        Plaintiffs                      STIPULATION

                                                                          07 CV 3339

       -against-

THE CITY OF NEW YORK, et al.

                        Defendants.
------------------------------------------------------------X

       IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the plaintiff's Attorneys to amend the complaint is enlarged to February 29th 2008.

Dated: New York, New York
        February 5, 2008


KAMAU K. FRANKLIN                          MICHAEL A. CARDOZO
Center for Constitutional Rights              Corporation Counsel
666 Broadway, 7th Fl                            of the City of New York
New York, New York 10012                 Attorney for Defendant The City of
                                                     New York
                                                     100 Church Street
                                                   New york, New York 10007
                                                   (212) 788-0892

By: _____              By: _____
     Kamau K. Franklin (KF6837)                  Linda Donahue (LD2959)
                                                    Assistant Corporation
                                                    Counsel


S/

SO ORDERED:

_____
U.S.D.J.   2-8-08