**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of February, 2008, a true and correct copy of the Amended Complaint was furnished by U.S. First Class Mail to the following counsel for Defendants:

> Linda Donohue, Assistant Corporation Counsel
> Corporation Counsel of New York
> Attorney for Defendants
> 100 Church Street, Room 3-209
> New York, NY 10007

_____
Kamau Karl Franklin