UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
------------------------------------------------------------X

LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

CASE: 07CV3339

- against -

THE CITY OF N.Y, New York City Police Officer Thomas Stevens
(shield #11092), in his individual and official capacity;
NEW YORK CITY POLICE OFFICER CARLOS VEGA,
in his individual and official capacity, NEW YORK CITY
POLICE OFFICER ERICK NOLAN,, in his individual and
official capacity, NEW YORK CITY POLICE SERGEANT
SEAMUS LAVIN, , in his individual and official capacity
And NEW YORK CITY POLICE SERGEANT HOLT
, in his individual and official capacity

------------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF KINGS    )

   ***TALIK RHETT***, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

   That on the 8th day of April, 2008, at approximately 7:20 p.m., deponent served a true copy of the Summons and Amended Complaint upon Sgt. Seamus Lavin, at 24th Pct., 151 West 100th Street, New York, NY 10025, by delivering and leaving the same with Sgt. Medina (shield # 5374), authorized to accept, at the actual place of business.

   Sgt. Medina (shield # 5374) is a white skin male, approximately 30-40 years of age, stands approximately 5 foot 9 inches tall, weighs approximately 200 pounds, with black hair.

   At the time I served the Defendant, I asked her if he was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

_____
TALIK RHETT #1060883

Sworn before me this
9th day of April, 2008

_____
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
----------------------------------------X
LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

CASE: 07CV3339

- against -

THE CITY OF N.Y, New York City Police Officer Thomas Stevens (shield #11092), in his individual and official capacity; NEW YORK CITY POLICE OFFICER CARLOS VEGA, in his individual and official capacity, NEW YORK CITY POLICE OFFICER ERICK NOLAN,, in his individual and official capacity, NEW YORK CITY POLICE SERGEANT SEAMUS LAVIN, , in his individual and official capacity And NEW YORK CITY POLICE SERGEANT HOLT , in his individual and official capacity

----------------------------------------X

STATE OF NEW YORK )
COUNTY OF KINGS )

**TALIK RHETT**, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

That on the 8th day of April, 2008, at approximately 9:49 p.m., deponent served a true copy of the Summons and Amended Complaint upon P.O. CARLOS VEGA, at 79TH Pct, 263 Tompkins Avenue, Brooklyn NY 11221, by delivering and leaving the same with Lieutenant Schneider, authorized to accept, at the actual place of business.

Lieutenant Schneider is a white skin male, approximately 40-50 years of age, stands approximately 6 foot 2 inches tall, weighs approximately 200 pounds, with black hair.

At the time I served the Defendant, I asked her if he was in the military service of this state, any other state, or this nation; and the Defendant responded in the negative.

_[signature]_
TALIK RHETT #1060883

Sworn before me this
9th day of April, 2008

_[signature]_
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
----------------------------------------X

LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

CASE: 07CV3339

- against -

THE CITY OF N.Y, New York City Police Officer Thomas Stevens
(shield #11092), in his individual and official capacity;
NEW YORK CITY POLICE OFFICER CARLOS VEGA,
in his individual and official capacity, NEW YORK CITY
POLICE OFFICER ERICK NOLAN,, in his individual and
official capacity, NEW YORK CITY POLICE SERGEANT
SEAMUS LAVIN,, in his individual and official capacity
And NEW YORK CITY POLICE SERGEANT HOLT
, in his individual and official capacity

----------------------------------------X

STATE OF NEW YORK  )
COUNTY OF KINGS    )

**TALIK RHETT**, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

That on the 8th day of April, 2008, at approximately 9:49 p.m., deponent served a true copy of the Summons and Amended Complaint upon P.O. ERICK NOLAN, at 79TH Pct, 263 Tompkins Avenue, Brooklyn NY 11221, by delivering and leaving the same with Lieutenant Schneider, authorized to accept, at the actual place of business.

Lieutenant Schneider is a white skin male, approximately 40-50 years of age, stands approximately 6 foot 2 inches tall, weighs approximately 200 pounds, with black hair.

At the time I served the Defendant, I asked her if he was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

*[signature]*
TALIK RHETT #1060883

Sworn before me this
9th day of April, 2008

*[signature]*
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County
Commission Expires 4/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
-------------------------------------------------X

LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

CASE: 07CV3339

- against -

THE CITY OF N.Y, New York City Police Officer Thomas Stevens
(shield #11092), in his individual and official capacity;
NEW YORK CITY POLICE OFFICER CARLOS VEGA,
in his individual and official capacity, NEW YORK CITY
POLICE OFFICER ERICK NOLAN, in his individual and
official capacity, NEW YORK CITY POLICE SERGEANT
SEAMUS LAVIN, , in his individual and official capacity
And NEW YORK CITY POLICE SERGEANT HOLT
, in his individual and official capacity

-------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF KINGS )

**TALIK RHETT**, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

That on the 8th day of April, 2008, at approximately 9:49 p.m., deponent served a true copy of the Summons and Amended Complaint upon SGT. ROBERT HOLT, at 79TH Pct, 263 Tompkins Avenue, Brooklyn NY 11221, by delivering and leaving the same with Lieutenant Schneider, authorized to accept, at the actual place of business.

Lieutenant Schneider is a white skin male, approximately 40-50 years of age, stands approximately 6 foot 2 inches tall, weighs approximately 200 pounds, with black hair.

At the time I served the Defendant, I asked her if he was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

_signature_
TALIK RHETT #1060883

Sworn before me this
9th day of April, 2008

_signature_
CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO6010725
Qualified in Kings County
Commission Expires 4/5/___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
---------------------------------------------X

LUMUMBA BANDALE, DJIBRIL TOURE and
DAVID FLOYD

CASE: 07CV3339

- against -

THE CITY OF N.Y, New York City Police Officer Thomas Stevens
(shield #11092), in his individual and official capacity;
NEW YORK CITY POLICE OFFICER CARLOS VEGA,
in his individual and official capacity, NEW YORK CITY
POLICE OFFICER ERICK NOLAN,, in his individual and
official capacity, NEW YORK CITY POLICE SERGEANT
SEAMUS LAVIN, , in his individual and official capacity
And NEW YORK CITY POLICE SERGEANT HOLT
, in his individual and official capacity

---------------------------------------------X

STATE OF NEW YORK )
COUNTY OF KINGS   )

*TALIK RHETT*, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party to this action.

That on the 8th day of April, 2008, at approximately 6:10 p.m., deponent served a true copy of the Summons and Amended Complaint, upon P.O. Thomas Stevens, at Harbor Unit, 140 58th Avenue, Brooklyn, NY 11220, by delivering and leaving the same with Sgt. Welch(shield # 2960), authorized to accept, at the actual place of business.

Sgt. Welsch (shield # 2960) is a white skin male, approximately 40-50 years of age, stands approximately 5 foot 11 inches tall, weighs approximately 180 pounds, with black, balding hair.

At the time I served the Defendant, I asked her if she was in the military service of this state, any other state, or this nation, and the Defendant responded in the negative.

TALIK RHETT #1060883

Sworn before me this
9th day of April, 2008

CLAIRE O. WOOD
Notary Public, State of New York
No. 02WO5010725
Qualified in Kings County