UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUMUMBA BANDELE, et al,

                      Plaintiffs



STIPULATION

07 CV 3339 (MGC)

-against-

THE CITY OF NEW YORK, et al.

                      Defendants.
-----------------------------------------------------------X

IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the plaintiff's and defendant's Attorneys to complete discovery is enlarged to September 30th, 2008.

Dated: New York, New York
       July 29, 2008

KAMAU K. FRANKLIN
Center for Constitutional Rights
666 Broadway, 7th Fl
New York, New York 10012

By: _____
     Kamau K. Franklin (KF6837)

MICHAEL A. CARDOZO
Corporation Counsel
of the City of New York
Attorney for Defendant The City of New York
100 Church Street
New york, New York 10007
(212) 788-0892

By: _____
     Linda Donahue (LD2959)
     Assistant Corporation Counsel

SO ORDERED:

S/ _____
U.S.D.J.
August 5, 2008