**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
BANDELE, *et al.*,

                     Plaintiffs,                           07 Civ. 3339 (MGC)

-against-

THE CITY OF NEW YORK, *et al.*,

                     Defendants.
-------------------------------------------------------X


## <u>MOTION TO WITHDRAW AS COUNSEL</u>

       Pursuant to Local Rule 1.4, the undersigned counsel for Plaintiffs in the above captioned matter hereby respectfully moves this Court to withdraw as counsel for Plaintiffs.  As of August 21, 2008, the undersigned will no longer be employed at the Center for Constitutional Rights and will be unable to continue this representation as part of her new employment in another jurisdiction.  Plaintiffs continue to be represented by other counsel of record in this matter.


                                 Respectfully Submitted,


                            _____s/ Andrea Costello_____
                            Andrea Costello (AC-6197)
                            Center for Constitutional Rights
                            666 Broadway, 7th Floor
                            New York, NY 10012
                            (212) 614-6464
                            (212) 614-6499 (fax)
                            acostello@ccrjustice.org

                            ATTORNEY FOR PLAINTIFFS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 19th day of August, 2008, a true and correct copy of the

foregoing document was furnished by electronic mail through the CM/ECF system to the

following counsel for Defendants:

> Linda Donohue, Assistant Corporation Counsel
> Corporation Counsel of New York
> Attorney for Defendants
> 100 Church Street, Room 3-209
> New York, NY 10007


_____s/ Andrea Costello_____
              Andrea Costello (AC-6197)

2